United States District Court
Southern District of Texas
**ENTERED**
August 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.  § | MAGISTRATE JUDGE NO. 2:16-MJ-991 |
| § | |
| JACQUE EDWARD CORP § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1)   There is probable cause to believe the Defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(A); and

(2)   The Defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant is substantial. The Defendant admitted he was to be paid to transport drugs. The findings and conclusions contained in the Pretrial Services Report are adopted. The Defendant's background information has not been verified, he has not proffered a suitable residence or produced a cash deposit or a co-surety sufficient to address risk of flight, he has a 2014 conviction for evading arrest and an arrest for failure to identify and for being a fugitive from justice, and he has a history of abusing drugs. This order of detention is entered without prejudice to the Defendant's

right to reopen the issue of detention if all of the above concerns are addressed.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 9th day of August, 2016.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE